

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Union Pacific Railroad Company,        \* From the 358th District
Court of Ector County,
Trial Court No. D-130,001-A.

Vs. No. 11-12-00363-CV        \* January 15, 2015

Dudley Haynie and Master Corporation,    \* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Union Pacific Railroad Company.